UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:08cv00054-HEA |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | ) |
| Defendant. | ) |

JOINT STIPULATION OF DISMISSAL

5-12-08
So Ordered
/s/

COME NOW Plaintiff, St. Louis County, Missouri, and Defendant, National Union Fire Insurance Company of Pittsburgh, P.A., and, pursuant to the terms of the settlement agreement executed by the parties, hereby stipulate to the dismissal with prejudice of the above cause of action, with each party to bear its own costs and attorney fees.

PATRICIA REDINGTON
COUNTY COUNSELOR

_/s/ Cynthia L. Hoemann_
Cynthia L. Hoemann #3555
41 South Central Ave.
Clayton, MO 63105
Telephone: 314-615-7042
Attorneys for Plaintiff

HUSCH BLACKWELL SANDERS LLP

_/s/ John C. Rasp_
John C. Rasp #4125
720 Olive Street, Suite 2400
St. Louis, MO 63101
Telephone: 314-345-6000
Attorneys for Defendant

**IT IS SO ORDERED**

Dated this ___ day of May, 2008.

_/s/ Henry Edward Autrey_
HONORABLE HENRY EDWARD AUTREY
United States District Judge